# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **LESLEY LAMBERT,** | : |
| Petitioner, | : |
| vs. | :   CA 09-0140-CG-C |
| **ERIC HOLDER, Attorney General of the United States, et al.,** | : |
| | : |
| Respondents. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 1, 2009 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 20th day of July, 2009.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**