IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

LESLEY LAMBERT,                                :

    Petitioner,                             :

vs.                                            :   CA 09-0140-CG-C

ERIC HOLDER, Attorney General of              :
the United States, et al.,

                                               :

    Respondents.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to

28 U.S.C. § 2241, be **DISMISSED**, as moot.

**DONE and ORDERED** this 20th day of July, 2009.


/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**